IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


UNITED STATES OF AMERICA                                        PLAINTIFF


VS.                        CASE NO: 1:13-CR-10024-002


JEWEL EASTER                                               DEFENDANT


## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America.  (ECF No. 59).  Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on September 18, 2013, in this matter.  Upon consideration of the same, the Court is of the opinion that Motion should be granted.  Therefore, the Indictment filed in this matter is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 16th day of April, 2015.


    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge